# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

**JUDY LOGAN,**
    **Plaintiff,**

vs.

          **CASE NO.:_ _____**

**C.R. BARD, INC.; DAVOL, INC.,**
    **Defendants**.

---

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>**CHIEF JUDGE EDMUND A. SARGUS, JR. Magistrate Judge Kimberly A. Jolson** |
| **This document relates to:**<br><br>**JUDY LOGAN** | Civil Action No. 18 C 01706 |

## SHORT FORM COMPLAINT[1]

---

[1] Plaintiff files this Short Form Complaint in the Plaintiff's home venue of the Northern District of Alabama, as counsel's approval to "direct file" into the Southern District of Ohio's MDL remains "pending," per the CM/ECF website.

Plaintiff files this Short Form Complaint pursuant to Case Management Order No. 9 and is/are to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiff(s) hereby incorporate(s) the Master Complaint in MDL No. 2846 by reference.

Plaintiff(s) further show(s) the Court as follows:

1. The name of the person implanted with Defendants' Hernia Mesh Device(s): Judy Logan

2. The name of any Consortium Plaintiff (if applicable): N/A

3. Other Plaintiff(s) and Capacity (i.e., administrator, executor, guardian, conservator): N/A

4. State of Residence: Alabama

5. District Court and Division in which action would have been filed absent direct filing: United States District Court, Northern District of Alabama, Northwestern Division.

6. Defendants (Check defendants against whom Complaint is made):

    **X** C.R. Bard, Inc

7. Identify which of Defendants' Hernia Mesh Device(s) was/were implanted (Check device(s) implanted): Bard Mesh

8. Defendants' Hernia Mesh Device(s) about which Plaintiff is making a claim (Check all applicable device(s)): Bard Mesh

9. Date of Implantation and state of Implantation: February 20, 2015, Alabama

10. As of the date of filing this Short Form Complaint, has the person implanted with Defendants' Hernia Mesh Device(s) had subsequent surgical intervention due to Hernia Mesh Device(s)?: **YES** __X__   No____

11. Basis of Jurisdiction:

    **X** Diversity of Citizenship

12. Counts in the Master Complaint adopted by Plaintiff

    **X** Count I – Strict Product Liability – Defective Design
    **X** Count II – Strict Product Liability – Failure to Warn
    **X** Count III – Strict Product Liability – Manufacturing Defect
    **X** Count IV – Negligence
    **X** Count V – Negligence Per Se
    **X** Count VI – Gross Negligence
    Count VII – State Consumer Protection Laws (Please identify applicable State Consumer Protection law(s)):
    _____
    _____
    **X** Count VIIII – Breach of Implied Warranty
    **X** Count IX – Breach of Express Warranty
    **X** Count X – Negligent Infliction of Emotional Distress
    **X** Count XI – Intentional Infliction of Emotional Distress
    **X** Count XII – Negligent Misrepresentation
    **X** Count XIII- Fraud and Fraudulent Misrepresentation
    **X** Count XIV – Fraudulent Concealment
    Count XV – Wrongful Death
    **X** Count XVI – Loss of Consortium
    **X** Count XVII- Punitive Damages
    Other Count(s) (please identify and state factual and legal bases for other claims not included in the Master Complaint below):
    **X** Jury Trial is Demanded as to All Counts
    Jury Trial is NOT Demanded as to All Counts; if Jury Trial is Demanded as to Any Count(s), identify which ones (list below)

                                                /s/ Nathan A. Ryan
                                                Nathan A. Ryan (RYA017)
                                                Attorney for Plaintiff, Judy Logan
                                                313 W. Tombigbee St.
                                                Florence, Alabama 35630
                                                T: 256-764-0097
                                                nathan@singingriverlaw.com